STATE OF MAINE
YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-2012-171

*PAF - YOR - 7/22/2013*

DEBORAH DANIELLE WARD and )
BRANDON LAMONT WARD, SR., )
individually and on behalf of their son, )
BRANDON LAMONT WARD, JR., )
                                        )
            Plaintiffs                  )
                                        )       DOCKET NO. CV-2012-171
                                        )
v.                                      )
                                        )
                                        )
KITTERY SCHOOL DEPARTMENT,              )
                                        )
            Defendant                   )
                                        )


DEBORAH DANIELLE WARD and )
BRANDON LAMONT WARD, SR., )
individually and on behalf of their son, )
BRANDON LAMONT WARD, JR., )
                                        )
            Plaintiffs                  )
                                        )
                                        )       DOCKET NO. CV-259
v.                                      )
                                        )
JOHN ALLEN WRIGHT and                   )
"THE PROVIDER" ENTERPRISES,             )
INC.,                                   )
                                        )
            Defendants                   )

**ORDER**

For the reasons stated in the Motion to Dismiss, Plaintiff Brandon Lamont Ward,

Sr.'s claims asserted against all Defendants in both *Ward v. Kittery School Department,*

Docket No. CV-2012-171 and *Ward v. Provider,* Docket No. CV-2012-259, are hereby

- 5 -

dismissed with prejudice and without costs to any party. Defendant Kittery School

Department's Motion to Dismiss is hereby GRANTED.

Dated: _July 22, 2013_

_Paul A. Fritzsche_
Justice, Maine Superior Court

Case No. CV-12-171

ATTORNEY FOR PLAINTIFF: DEBORAH DANIELLE WARD
PATRICK BEDARD
LAW OFFICE OF BEDARD & BOBROW
PO BOX 366
ELIOT ME  03903

PLAINTIFF BRANDON LAMONT WARD, SR PRO SE
8920 RIDGELAND
CHICAGO IL  60617

ATTORNEYS FOR DEFENDANT:
MELISSA HEWEY
DRUMMOND WOODSUM
84 MARGINAL WAY SUITE 600
PORTLAND ME  04101

THOMAS MCKEON
RICHARDSON WHITMAN LARGE & BADGER
PO BOX 9545
PORTLAND ME  04112-9545

CV-11-259

ATTORNEY FOR PLAINTIFF: DEBORAH DANIELLE WARD
PATRICK BEDARD
LAW OFFICE OF BEDARD & BOBROW
PO BOX 366
ELIOT ME  03903

PLAINTIFF BRANDON LAMONT WARD, SR. PRO SE
8920 RIDGELAND
CHICAGO IL  60617

ATTORNEYS FOR DEFENDANT JOHN ALLEN WRIGHT
JONATHAN BROGAN
NORMAN HANSON & DETROY LLC
PO BOX 4600
PORTLAND ME  04112

FRED J DESMARAIS
DESMARAIS EWING & JONSTON PLLC
175 CANAL STREET
MANCHESTER NH  03101

ATTORNEYS FOR DEFENDANT:  THE PROVIDER ENTERPRISES INC
EDWINNA C VANDERZANDEN
DOUGLAS N STEERE
ANDREW SCHULMAN
GETMAN SCHULTHESS & STEERE PA
1838 ELM ST
MANCHESTR NH  03104